GEORGE F. VIETOR et al., Appellants, *v.* MORITZ BAUER et al., Respondents.*

(Argued October 17, 1894; decided November 2, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 30, 1893, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*James Dunne* for appellants.

*Benjamin F. Cardozo* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

JACOB KOONS et al., Appellants, *v.* ANDREW N. MARTIN, Respondent.†

(Submitted October 18, 1894; decided November 2, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made February 8, 1893, which reversed a judgment in favor of defendant entered upon a decision of the County Court of Monroe county on trial without a jury and granted a new trial.

*M. H. McMath* for appellants.

*John J. Snell* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

* Reported below, 70 Hun, 246.        † Reported below, 66 Hun, 554.